PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 13, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>2004 GRAY MITSUBISHI ECLIPSE, MA LICENSE 9ZJ436 | CASE NO. 2:22-sw-0274 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

# **S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 04/13/22

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

ORDER DELAYING NOTICE